Steven R. Fairchild
Member
T 703-994-0193
steve@fairchildlegal.com

Fairchild Law, LLC
292 Powers Street, 1B
Brooklyn, NY 11211

January 29, 2021

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: FEB 0 3 2021

*By Electronic Filing*

Hon. George B. Daniels
United States Courthouse
40 Foley Square
New York, NY 10007

**RE:   Investment Science LLC v. Oath Holdings, Inc., 1-20-cv-08159 (GBD)**
**Request to File Under Seal**

Dear Judge Daniels,

I represent Investment Science LLC, the Plaintiff in the above-referenced litigation.

This letter is to request the filing the Amended Complaint and its Exhibits under seal. Both documents refer to numerous Confidential and Proprietary information owned by Investment Science.

Counsel for Defendant Oath Holdings has already agreed to a Stipulated Protective Order, which I filed earlier today. Dkt 28.

Respectfully submitted,

*/s/ Steven R. Fairchild*
Member

cc:   All recipients of ECF