# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Ilissa Samplin
Direct: +1 213.229.7354
Fax: +1 213.229.6354
ISamplin@gibsondunn.com

**SO ORDERED:**

*/s/ George B. Daniels*

George B. Daniels, U.S.D.J.

Dated: FEB 17 2021

February 16, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 17 202_

VIA ECF

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Investment Science LLC v. Oath Holdings Inc.*, No. 20-cv-08159 (GBD) (S.D.N.Y.)

Dear Judge Daniels:

On behalf of Defendant Oath Holdings Inc., we write to request the Court's leave to file Defendant's brief in support of its motion to dismiss in redacted form, pursuant to Rule I.D(ii)(3) of the Court's Individual Rules and Practices. The proposed redactions are limited to quotations of Plaintiff's Amended Complaint and supporting Exhibits, *see* Dkts. 30, 30-1–3, which the Court previously permitted Plaintiff to file under seal, *see* Dkt. 40.

We thank the Court for its consideration of this matter.

Respectfully,

/s/ *Ilissa Samplin*
Ilissa Samplin


cc: Counsel of Record (*via ECF*)

Beijing · Brussels · Century City · Dallas · Denver · Dubai · Frankfurt · Hong Kong · Houston · London · Los Angeles · Munich
New York · Orange County · Palo Alto · Paris · San Francisco · São Paulo · Singapore · Washington, D.C.