**GIBSON DUNN**



Gibson, Dunn & Crutcher LLP

333 South Grand Avenue
Los Angeles, CA 90071-3197
Tel 213.229.7000
www.gibsondunn.com

Ilissa Samplin
Direct: +1 213.229.7354
Fax: +1 213.229.6354
ISamplin@gibsondunn.com

March 23, 2021

VIA ECF

**SO ORDERED:**

*George B. Daniels*
George B. Daniels, U.S.D.J.

Dated: **MAR 2 5 2021**

The Honorable George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re: *Investment Science LLC v. Oath Holdings Inc.*, No. 20-cv-08159 (GBD) (S.D.N.Y.)

Dear Judge Daniels:

On behalf of Defendant Oath Holdings Inc., we write to request the Court's leave to file Defendant's reply brief in support of its motion to dismiss in redacted form, pursuant to Rule I.D(ii)(3) of the Court's Individual Rules and Practices. The proposed redactions are limited to quotations of an Exhibit to Plaintiff's Amended Complaint, *see* Dkt. 30-3, which the Court previously permitted Plaintiff to file under seal, *see* Dkt. 40.

We thank the Court for its consideration of this matter.

Respectfully,

/s/ *Ilissa Samplin*
Ilissa Samplin

cc: Counsel of Record (*via ECF*)