

Steven R. Fairchild
Member
T 703-994-0193
steve@fairchildlegal.com

Fairchild Law, LLC
292 Powers Street, 1B
Brooklyn, NY 11211

March 9, 2021

*By Electronic Filing*

Hon. George B. Daniels
United States Courthouse
40 Foley Square
New York, NY 10007

SO ORDERED:

/s/ George B. Daniels
George B. Daniels, U.S.D.J.

Dated: MAR 2 5 2021

RE:   Investment Science LLC v. Oath Holdings, Inc., 1-20-cv-08159 (GBD)
      **Request to File Under Seal**

Dear Judge Daniels,

I represent Investment Science LLC, the Plaintiff in the above-referenced litigation.

This letter is to request the filing the Opposition to Defendant's Motion to Dismiss under seal. This documents refers to numerous Confidential and Proprietary information. owned by Investment Science, and previously filed under seal.

Counsel for Defendant Oath Holdings had already agreed to a Stipulated Protective Order (as Dkt 28) and endorsed by this Court (as Dkt 34).

Respectfully submitted,

*/s/ Steven R. Fairchild*
Member

cc:   All recipients of ECF