UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
INVESTMENT SCIENCE LLC,

                Plaintiff,

-against-

OATH HOLDINGS INC,

                Defendant.

------------------------------------- x

ORDER

20 Civ. 08159 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's motion to file under seal its Proposed Second Amended Complaint attached to the Plaintiff's First Letter Motion for Leave to File a Second Amended Complaint, dated August 31, 2021, (ECF No. 57), is hereby GRANTED. The Clerk of Court is directed to close the motion accordingly.

Dated: April 6, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE